# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2008

July 8, 2008

**Via Facsimile 212-805-6737**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**

*[signature]*
**HON. GEORGE B. DANIELS**
JUL 10 2008

Re:  **Kadmos Maritime v. Hawknet Ltd.**
     Docket Number: 08 Civ. 3747
     Our Reference Number: 08-1880

Dear Honorable Sir:

We are attorneys for the Plaintiff, Goodearth Maritime Ltd., in the above captioned matter. We are writing to request a short adjournment of the conference scheduled for July 16, 2008 at 9:30 a.m. The undersigned will be out of the country that week and will be unable to attend.

We appreciate your Honor's indulgence in this request.

Respectfully submitted,

*[signature]*
Lauren C. Davies